IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>Defendant. | Civil Action No. 25-4061 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 2, 2026 Order, Plaintiff, Democracy Forward Foundation, ("Plaintiff"), and the Federal Communications Commission ("FCC" or "Defendant"), (collectively ("the parties"), respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1. On September 18, 2025 and September 19, 2025, Plaintiff, Democracy Forward Foundation submitted Freedom of Information Act ("FOIA") requests to Defendant.

2. The September 18, 2025 FOIA request was assigned Request No. 25-1321 and seeks the following:

> (1) "All calendar entries (in a format showing attendees and any agenda information) of Chairman Brendan Carr, FCC Chief of Staff Scott Delacourt, or Chairman Carr's Chief of Staff Greg Watson, reflecting meetings that included individuals from outside the FCC."
>
> (2) "All email messages (including attachments and complete email chains) sent by Chairman Brendan Carr, FCC Chief of Staff Scott Delacourt, or Chairman

>> Carr's Chief of Staff Greg Watson to non-governmental email addresses with domains ending in .com, .co, .us, .net, .org, .mail, .edu, .law, .legal, .ch, .me, or .group, concerning government business."
>
> (3) "All text messages (including messages on applications like Signal and WhatsApp) sent or received by Chairman Brendan Carr or his Chief of Staff Greg Watson with individuals outside the executive branch of the federal government that concern agency business.

3. The September 19, 2025 FOIA request was assigned Request No. 25-1335 and seeks the following:

> (1) All electronic communications (including attachments, complete email chains, and text messages) sent by Brendan Carr, Scott Delacourt, or Greg Watson containing a list of key terms. This request was limited to those sent to non-governmental domains.
>
> (2) All records reflecting communications between Brendan Carr, Scott Delacourt, or Greg Watson and "any employee or official of the White House, including President Trump." All of Plaintiff's requests seek records from January 20, 2025 until the date of the search.

4. The parties met on February 20, 2026. A motion to stay pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) is unlikely. The parties do not anticipate the need for a Vaughn Index at this time. After processing is completed, parties plan to confer to attempt to narrow or resolve outstanding issues. In the event those efforts are not successful, the parties anticipate that dispositive motions will be necessary to resolve any issues that may remain in dispute.

5. FCC reports that it has identified approximately 6,700 potentially responsive records corresponding to subparts 1 and 2 of Request No. 25-1321, and subpart 1 of Request No. 25-1335. Defendant will process the 6,700 potentially responsive records by reviewing 500 pages monthly and anticipates making its first production of any responsive nonexempt records by March 31, 2026, and each month thereafter until completion.

6. The parties continue to confer over subpart three of Request No. 25-1321, and subpart two of Request No. 25-1335. The parties respectfully request a reasonable amount of time to confer over the FOIA requests and for Defendant to process the requests.

7. The parties respectfully propose filing a status report by April 3, 2026, updating the Court on the status of Plaintiff's FOIA requests.

Dated: February 27, 2026
       Washington, DC

/s/ Anisha Hindocha
Anisha Hindocha (D.C. Bar No. 1725159)
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*
  1.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/Kimberly A. Stratton
     KIMBERLY A. STRATTON, P.A. Bar #327725
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 417-4216
     Kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*