UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS<br>COMMISSION,<br><br>Defendant. | Civil Action No. 25-4061 (LLA) |

## **SECOND JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered February 27, 2026, Plaintiff, Democracy Forward Foundation, ("Plaintiff") and the Federal Communications Commission ("FCC" or "Defendant"), (collectively ("the "Parties")), respectfully submit the following joint status report.

1.      This is an action under the Freedom of Information Act ("FOIA") pertaining to two FOIA requests submitted on September 18, 2025, and September 19, 2025 ("the Requests").

2.      Defendant reports that on March 31, 2026, Defendant made its first production of 613 pages comprised of records responsive to subpart 1 of Request No. 25-1321.

3.      Defendant continues to process a minimum of 500 pages per month and is preparing to make its second production by April 30, 2026.

4.      The Parties continue to confer over the search for records potentially responsive to Plaintiff's request for (1) text messages between Chairman Brendan Carr or his Chief of Staff Greg Watson with individuals outside the executive branch of the federal government that concern agency business, and (2) communications between Brendan Carr, Scott Delacourt, or Greg Watson and any employee or official of the White House, including President Trump.

5.      The Parties intend to continue to work together with the hope that they can resolve or narrow the disputes in this case without the Court's involvement. The Parties respectfully propose filing another joint status report in ninety days, on July 2, 2026.


Dated:  April 3, 2026
          Washington, DC


/s/ Anisha Hindocha
Anisha Hindocha (D.C. Bar No. 1725159)
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

Counsel for Plaintiff

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:          /s/Kimberly A. Stratton
          KIMBERLY A. STRATTON, P.A. Bar #327725
          Assistant United States Attorney
          601 D Street, NW
          Washington, DC 20530
          (202) 417-4216
          Kimberly.stratton@usdoj.gov

Attorneys for the United States of America

2